**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1368**

_____

MICHAEL EUGENE OWENS, d/b/a The Pink House at Charlotte, d/b/a Pink Tie Ball, d/b/a Dress Like a Winner, d/b/a Owen's Hauling Company, d/b/a The Owen's Report, d/b/a Ties on Wheels, d/b/a Yomon,

                Plaintiff - Appellant,

      v.

MAJOR LEAGUE BASEBALL; NATIONAL BASKETBALL ASSOCIATION; NATIONAL FOOTBALL LEAGUE; ROB MANFRED; NATIONAL HOCKEY LEAGUE; ADAM SILVER; MARK A. TATUM; ATTILA GAZDAG; ROGER GOODELL; DAVE GARDI; TROY VINCENT; PAUL J. TAGLIABUE; GARY B. BATTMAN; DAN MARR; JOHN O'NEAL; COLIN CAPBELL; JOHN COLLINS; NASCAR HEADQUARTERS; BRIAN FRANCE; MIKE HELTON; LADIES PROFESSIONAL GOLF ASSOCIATION; MICHAEL WHAN; PROFESSIONAL GOLF ASSOCIATION OF AMERICA; PETER BEVACQUA; DEREK SPRAQUE,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:15-cv-00102-GCM)

_____

Submitted:  June 18, 2015           Decided:  June 22, 2015

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Eugene Owens, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Owens appeals the district court's order dismissing his copyright infringement complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Owens v. Major League Baseball, No. 3:15-cv-00102-GCM (W.D.N.C. Apr. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3